UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk of Court

RUBEN OSCAR GUTIERREZ

vs.                                            C.A. NO. C-00-91

MICHAEL PURDY, WARDEN


**RESPONSE TO RECOMMENDATION TO DISMISS MOTION FOR RELIEF**

**COMES NOW**, RUBEN OSCAR GUTIERREZ, **PETITIONER**, through this motion will show the following:

I.

Petitioner filed for relief under **28 U. S. C. § 2241** only after exhausting all Administrative remedies to have counsel appointed or either be released back into general population, as required by law.

II.

Petitioners habeas corpus should be entertained by the District Court because petitioner supplemented his constitutional claim with a colorable showing of a factual innocence. A prisoners' rights may be diminished by the needs and exigencies of the institutional environment, a prisoner is not wholly stripped of constitutional protections when he is imprisoned for a crime. There is no iron curtain drawn between the Constitution and the prisons of this country. Where the lack of effective supervisory procedures exposes men to the capricious imposition of added punishment, due process and the Eight Amendment question arises.

III.

Petitioners continued detention in isolation without representation of counsel while under investigation of a felony is a violation of his **SIXTH AMENDMENT RIGHT**. The courts failure to

address this issue is crucial, because that is the sole relief sought by petitioner through this motion.

### IV.

Federal prison regulations specify that Administrative detention can only continue indefinitely where detention is in contemplation of a criminal prosecution. In this way the prison regulations create a condition of confinement that embodies an accusation which generates a **SIXTH AMENDMENT** right to assistance of counsel. Petitioners continued detention in Administrative segregation for the investigation of a felony for a period exceeding 90 days (maximum disciplinary) creates a violation of procedural due process. The courts recommendation ignores this important and valid issue. The Sixth Amendment garantees are as applicable to prosecution of prison crimes as to any other criminal prosecution.

### V.

Petitioner was transferred to isolate him from a pending criminal investigation. A Prisoner, who is being held in isolation because of impending investigation and indictment related to serious crime, must be provided counsel, subject to the same conditions as are applicable to indigents following indictment, after reasonable time, and if counsel is not provided he must be released back into general population. Indigent federal prisoners held in detention for more than 90 days disciplinary maximum are entitled to appointted counsel where reasons for detention is to isolate them pending a criminal investigation or a trial.

### VI.

The criteria to be met for appointment of counsel for indigent federal inmates is a three prong test. Petitioner has met all these requirements. First, petitioner has made prima facie

showing that his continued detention beyond 90 days is due to a pending investigation for a felony. Second, petitioner has requested appointment of counsel in writing to this court and previously at all levels of Administrative remedy process. Finally, petitioner has provided a financial statement for the past six (6) months as required in forma pauperis cases to establish indigency. Prison officials failure to refute petitioners showing or appoint counsel, requires that petitioner be released back into general population. (U.S.C.A. CONST. AMEND. 6; U.S. vs. GOUVEIA 704 F2d. 1116)

## VIII.

Dismissal of petitioners motion without addressing this due process violation issue is a violation of the SIXTH AMENDMENT "right to counsel".

**WHEREFORE PREMISES CONSIDERED,** petitioner prays this Honorable Court will reconsider his due process claim, appoint counsel to represent him or order his immediate release back into the general population, **SO THAT THE ENDS OF JUSTICE MEET.**

```
                          RESPECTFULLY SUBMITTED
                          RUBEN OSCAR GUTIERREZ
                          P.O. BOX 26030
                          BEAUMONT, TEXAS 77720-6030
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been forwarded to the clerk of this court on this 14th day of April 2000.

RUBEN OSCAR GUTIERREZ