United States District Court
Southern District of Texas
FILED

APR 24 2000

MICHAEL N. MILBY, CLERK

United States District Court
Southern District of Texas
Corpus Christi Division

Ruben Oscar Gutierrez
vs.
Michael Purdy, Warden

C.A. No. C-00-91

### Response to Amended Recommendation to Dismiss Appointment of Counsel as Moot

Comes Now, Ruben Oscar Gutierrez, petitioner, through this motion will show the following:

### I.

Petitioner's continued detention in isolation without representation of counsel is a violation of his Sixth Amendment right to assistance of counsel.

### II.

Petitioner has met all requirements for appointment of counsel to indigent Federal Prisoners and has requested Appointment of counsel from the court. (See Response to Motion to Dismiss) (Filed 4-14-00)

### III

Duties to appoint counsel are not discharged by assignment at such time or under such circumstances as to preclude counsel from giving effective aid in preparation and trial of case.

7.

### IV

Petitioners request for counsel is not to defend him in his claims of due process violations, rather to ensure that petitioner would not be deprived of adequate opportunities to prepare a defense.

### V

Petitioner has remained in isolation for 14 months pending investigation. Petitioner has requested appointment of counsel. Prison Officials failure to refute petitioners showings or appoint counsel require that inmate be released back into general population. The Courts dismissal of petitioners request for appointment of counsel is a violation of the Sixth Amendment.

### VI.

Petitioners defense has already been prejudiced therefore, his continued detention is unnecessary and unconstitutional.

Wherefore, Petitioner prays this Honorable Court will grant his motion, appoint counsel or order that he be released back into general population as required by law.

Respectfully submitted this 18th day of April 2000.

*Ruben Oscar Gutierrez*
RUBEN OSCAR GUTIERREZ
PETITIONER, PRO SE