UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP - 7 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RUBEN OSCAR GUTIERREZ | § | |
| | § | |
| V. | § | NO. C-00-91 |
| | § | |
| MICHAEL PURDY | § | |

## ORDER WITHDRAWING RECOMMENDATION AND ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

The recommendations to dismiss dated March 27, 2000 (D.E. 4) and April 11, 2000 (D.E. 5) are withdrawn. Because the case will be transferred to the Beaumont Division of the Southern District of Texas where petitioner currently is assigned, petitioner's motion for appointment of counsel (D.E. 1) is denied without prejudice. Petitioner may direct a motion for appointment of counsel to the United States District Court for the Eastern District of Texas.

ORDERED this 5 day of September, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE