United States District Court
Southern District of Texas
ENTERED

SEP - 7 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN OSCAR GUTIERREZ, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-91 |
| | § | |
| MICHAEL PURDY, | § | |
| Respondent. | § | |

## ORDER OF TRANSFER

Petitioner is a federal inmate housed at FCI Beaumont.[1] He filed this petition pursuant to 28 U.S.C. § 2241, arguing that his transfer from FCI Three Rivers to the Administrative Segregation Unit at FCI Beaumont violated his right to due process of law (D.E. 1).

**Jurisdiction.** A petition pursuant to 28 U.S.C. § 2241 in federal custody must be filed in the district of incarceration. United States v. Cleto, 956 F.2d 83 (5th Cir. 1992); United States v. Mares, 868 F.2d 151 (5th Cir. 1989). At the time petitioner filed this petition, he was incarcerated in the Beaumont Division of the Eastern District of Texas, and this court lacks jurisdiction. Id.

**Transfer.** Transfer is an alternative to dismissal, however. Authority to do so is found at 28 U.S.C. § 1631, which provides that if a court finds it lacks jurisdiction, it shall, if it is in the interest of justice, transfer the case to any other such court where it could have been brought

---

[1] Petitioner was convicted by United States District Judge George Kazen in the Laredo Division of the Southern District of Texas, Cause No. L-95-164.

at the time it was filed. The statute is applicable to habeas corpus cases and a motion to transfer is unnecessary. <u>Miller v. Hambrick</u>, 905 F.2d 259, 262 (9th Cir. 1990). Here the interests of justice would be served by a transfer because a dismissal might preclude refiling in light of the limitations period set forth in 28 U.S. C. § 2244.

Accordingly, the Clerk is ordered to transfer this case to the Beaumont Division of the Eastern District of Texas.

ORDERED this 5 day of September, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

2